```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samsung Electronics America, Inc.,

               Plaintiff,

      –v–

Vintage Tech LLC,

               Defendant.

20-cv-10771 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On January 26, 2021, Defendant Vintage Tech LLC filed a motion to dismiss, stay, or transfer this case to the United States District Court for the Southern District of Ohio. Dkt. No. 9. On January 27, 2021, Plaintiff Samsung Electronics America, Inc. moved for a temporary restraining order and a preliminary injunction, along with a letter motion to seal or redact certain filings in connection with its motion. Dkt. Nos. 10–13.

    By January 29, 2021, the parties shall meet, confer, and propose briefing schedules on the Plaintiff's motion for a temporary restraining order and preliminary injunction and on the Defendant's motion to dismiss, stay, or transfer the case.

    SO ORDERED.

Dated: January 27, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge