UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samsung Electronics America, Inc.,

                Plaintiff,

    –v–

Vintage Tech LLC,

                Defendant.

20-cv-10771 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff Samsung Electronics America, Inc. ("SEA") has moved for a temporary restraining order and a preliminary injunction, along with a letter motion to seal or redact certain filings in connection with its motion. Dkt. Nos. 10–13. In an order concurrently filed under temporary seal, the Court DENIES Plaintiff's motion.

    In light of the fact that the order includes potentially confidential information that should not be filed on the public docket, the Court will permit the parties until March 12 to propose any redactions to the Court's order and to justify those redactions by reference to the Second Circuit's decision in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). After determining which, if any, portions of the order should be redacted, the Court will file the order on the public docket.

    The parties shall meet and confer regarding proposed redactions. On or before March 12, 2021, the parties shall submit a letter to the Court proposing limited redactions or indicating that no redactions are being sought.

    This resolves Docket Numbers 10, 13, 28, 40.

SO ORDERED.

Dated: March 11, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge