```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> VINTAGE TECH LLC, <br><br> Defendant. | Civil Action No. 1:20-cv-10771-AJN-SLC <br><br><br> **[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL** |

WHEREAS Plaintiff Samsung Electronics America, Inc. ("SEA"), has, in docket numbers 27 and 29, moved for Leave to File a Redacted Memorandum of Law in Opposition to Defendant Vintage Tech LLC's Motion to Dismiss, Transfer or Stay Under Seal (the "Opposition"), the Declaration of Christopher Kaasmann ("Kaasmann Declaration") with exhibits thereto, all dated February 3, 2021 (collectively with the Opposition, the "SEA Confidential Materials"), together with a Declaration of Anna K. Stark, Esq., dated February 3, 2021 (the "Stark Declaration"), and exhibits attached thereto, seeking an Order pursuant to Rule 5.2 of the Federal Rules of Civil Procedure authorizing the public filing of a redacted version of the SEA Confidential Materials and the under seal filing of the unredacted SEA Confidential Materials;

WHEREAS the Court has considered the Motion and the accompanying papers in support thereof; and

WHEREAS, in light of the confidential and proprietary information contained in the SEA Confidential Materials, the disclosure of which will result in irreparable harm to the parties, as well as the confidentiality provisions of the agreements at issue in this action, Plaintiff SEA has demonstrated good cause for filing a redacted version of the SEA Confidential Materials publicly and filing the unredacted SEA Confidential Materials under seal;

NOW, THEREFORE, IT IS ORDERED that SEA's Motion is GRANTED, and it is FURTHER ORDERED that the Clerk of the Court is repectfully directed to accept SEA's redacted SEA Confidential Materials, publicly filed as docket numbers 31 and 33, and to maintain the viewing restrictions on the unredacted SEA Confidential Materials at docket number 29, where they shall only be available to the parties to this litigation. No further action from the Clerk of Court is required at this time.

This resolves docket numbers 27 and 29.

Dated: September 28, 2021

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE