**Ellenoff Grossman & Schole LLP**

1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Telephone: (212) 370-1300
Facsimile: (212) 370-7889

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2021

Fawn M. Lee
flee@egsllp.com

October 25, 2021

**Via ECF**
Hon. Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
Courtroom 906
New York, NY 10007

Re:   1:20-cv-10771-AJN
      *Samsung Electronics America, Inc. v. Vintage Tech LLC*

> The Court hereby GRANTS the request for an extension of time to file the Proposed Civil Case Management Plan. The initial pretrial conference is ADJOURNED to January 28, 2022 at 3:00 PM. The parties are ORDERED to submit a joint letter in accordance with Dkt. No. 53, and include a status update as to settlement discussions, 10 days before the conference. SO ORDERED.
>
> /s/ Alison J. Nathan
> 10/26/2021

Dear Judge Nathan,

This Firm, along with Lathrop GPM LLP, represent Defendant Vintage Tech LLC ("Defendant") in the above-referenced matter.

Pursuant to Your Honor's Individual Rules and Practices, Defendant is seeking an extension of the time file the Proposed Civil Case Management Plan from October 27, 2021 to November 10, 2021. The parties are currently engaged in settlement discussion in this matter and depending on progress may be able to do without the November 5, 2021 initial conference altogether. Plaintiff consents to this request for an extension. The parties have not made any previous request for an extension of this joint deadline.

We thank Your Honor for the Court's attention to this matter.

Respectfully Submitted,

/s/ Fawn M. Lee

Fawn M. Lee

*Cc all counsel via ECF*