UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
          :
SAMSUNG ELECTRONICS AMERICA, INC.,  :
          :  **ORDER**
         Plaintiff,  :
    v.          :  20 Civ. 10771 (AKH)
          :
VINTAGE TECH LLC,  :
         :
        Defendants.  :
         :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 90 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

        SO ORDERED.

Dated:    October 19, 2022               /s/ Alvin K. Hellerstein
          New York, New York          ALVIN K. HELLERSTEIN
                                           United States District Judge